COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH 

 

                                        NO. 2-08-497-CV

 

IN RE BRIAN ARMSTRONG                                                       RELATOR

 

                                              ------------

 

                                    ORIGINAL PROCEEDING

                                                     

                                              ------------

 

                                MEMORANDUM OPINION[1]

                                                    

                                              ------------

 

The
court has considered relator=s
petition for writ of habeas corpus and motion for emergency relief and is of
the opinion that relief should be denied. 
Accordingly, relator=s petition
for writ of habeas corpus and motion for emergency relief are denied.

Relator
shall pay all costs incurred in this proceeding, for which let execution issue.

 

PER CURIAM

 

PANEL: 
LIVINGSTON, GARDNER, and WALKER, JJ.

 

DELIVERED: 
December 30, 2008

 











[1]See Tex. R. App. P.
47.4.